

# Fourth Court of Appeals
## San Antonio, Texas

February 18, 2015

No. 04-14-00658-CR

James E. **SALDANA**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the County Court at Law No. 12, Bexar County, Texas
Trial Court No. 365341
Honorable Scott Roberts, Judge Presiding

# O R D E R

The Appellant's Motion for Extension of Time to File Brief is hereby GRANTED IN PART. The Appellant's brief is due on or before 30 days from the date of this order.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of February, 2015.

_____
Keith E. Hottle
Clerk of Court